JUDGE McMAHON                    08 CV 6186

374-08/WLJ
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG
MS CONTI SYDNEY and CONTI CRISTALLO
SCHIFFAHRTS-GMBH & Co. KG MS CONTI
BARCELONA
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska (WJ 0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG        08-Civ-
MS CONTI SYDNEY and CONTI CRISTALLO
SCHIFFAHRTS-GMBH & Co. KG MS CONTI                **RULE 7.1 STATEMENT**
BARCELONA,

         Plaintiffs,

 - against –

SHANDONG YANTAI INTERNATIONAL MARINE
SHIPPING CO.,

         Defendant.
-----------------------------------------------------------x

  Plaintiffs CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG MS CONTI

SYDNEY and CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG MS CONTI

BARCELONA , by and through their undersigned attorneys, Freehill Hogan & Mahar, LLP, and

pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify that they are private (non-

NYDOCS1/308094.1

[RECEIVED JUL 08 2008 U.S.D.C. S.D.N.Y. CASHIERS]

governmental) parties, have no corporate parent, and that no publicly-held corporation owns 10% or more of the stock of the companies.

Dated: New York, New York
July 8, 2008

                      FREEHILL HOGAN & MAHAR, LLP
                      Attorneys for Plaintiffs
                      CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG MS CONTI SYDNEY and CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG MS CONTI BARCELONA

By: _____
William L. Juska (WJ 0772)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax