JUDGE McMAHON

08 CV 6186

374-08/WLJ
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG
MS CONTI SYDNEY and CONTI CRISTALLO
SCHIFFAHRTS-GMBH & Co. KG MS CONTI
BARCELONA
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska (WJ 0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG
MS CONTI SYDNEY and CONTI CRISTALLO
SCHIFFAHRTS-GMBH & Co. KG MS CONTI
BARCELONA,

                                  Plaintiffs,

    - against –

SHANDONG YANTAI INTERNATIONAL MARINE
SHIPPING CO.,

                                  Defendant.
-----------------------------------------------------------------x

08-Civ-

**SORRENTINO AFFIDAVIT**
**PURSUANT TO FRCP B(2)**

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK )

       JOAN SORRENTINO, being duly sworn, deposes and says as follows:

       1.    I am not a party to the within action, am over 18 years of age and have an office and place of business at 80 Pine Street, New York, New York 10005.

       2.    This Affidavit is submitted pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure and in support of Plaintiff's application pursuant to Rule B(2) of the Federal Rules of Civil Procedure.

NYDOCS1/308063.1

3. Deponent has made an investigation and deponent believes that based upon the results of this investigation, that Defendant SHANDONG YANTAI INTERNATIONAL MARINE SHIPPING CO. is a corporation or other business entity that cannot be "found" within this District for the purpose of an attachment under Rule B. In support of this position, deponent has conducted the following investigation:

(a) Deponent contacted the office of the New York Department of State, Division of Corporations on July 7, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for the Defendant and the search results indicated that the Defendant is not a New York corporation, nor is it licensed, authorized or registered to do business in the State of New York as either a domestic or international corporation;

(b) Deponent consulted with Directory Assistance for New York State on July 7, 2008 for area codes (212), (347), (718), (917), (646), (914), and (845) and no listing for the Defendant, was located;

(c) Deponent reviewed the Journal of Commerce (Business Directory) Transportation Telephone Tickler, 2008 Edition (Vol. 1 New York Metropolitan Area) and no listing was found for the Defendant;

(d) Deponent accessed on July 7, 2008, through Microsoft Internet Explorer, Google and Yahoo! Search engines the yellow pages telephone directory database and found no listing in that database for any offices or agents of the Defendant within this district;

(e) Deponent has located a website for Defendant and found no evidence that Defendant has an office in this District or is otherwise doing business in the District.

(f) Deponent is unaware of any general or managing agent(s) within this District of the Defendant.

NYDOCS1/308063.1

2

4.  Based upon the foregoing, your deponent submits that the Defendant cannot be "found" within this District for the purpose of an attachment pursuant to Rule B and seeks an order of attachment against such tangible and intangible property of the Defendant as may be found within this District up to and including the amount of the claim as specified in the Complaint.

                                                                                          _____
                                                                                          JOAN SORRENTINO

Sworn to before me this
7th day of July, 2008

_____
Notary Public

MELISSA COLFORD
Commissioner of Deeds
City of New York-No. 5-1692
Certificate Filed in New York
Commission Expires 4/1/10