374-08/WLJ
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG
MS CONTI SYDNEY and CONTI CRISTALLO
SCHIFFAHRTS-GMBH & Co. KG MS CONTI
BARCELONA
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska (WJ 0772)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG
MS CONTI SYDNEY and CONTI CRISTALLO
SCHIFFAHRTS-GMBH & Co. KG MS CONTI
BARCELONA,

                          Plaintiffs,

- against –

SHANDONG YANTAI INTERNATIONAL MARINE
SHIPPING CO.,

                          Defendant.
-----------------------------------------------------------------x

**08-Civ- 6186 (CM)**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, William L. Juska, Jr., a partner at Freehill Hogan & Mahar LLP represents Plaintiffs CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG MS CONTI SYDNEY and CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG MS CONTI BARCELONA in the above captioned action and requests that Pamela L. Schultz, an associate at Freehill Hogan & Mahar LLP be added as an additional counsel for Plaintiffs.

NYDOCS1/308326.1

IT IS RESPECTFULLY REQUESTED that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon William L. Juska, Jr. and Pamela L. Schultz at the address below. Ms. Schultz is admitted to practice before this Court.

Dated: New York, New York
July 9, 2008

                         FREEHILL HOGAN & MAHAR, LLP
                         Attorneys for Plaintiffs
                         CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG
                         MS CONTI SYDNEY and CONTI CRISTALLO
                         SCHIFFAHRTS-GMBH & Co. KG MS CONTI
                         BARCELONA,

By: _____
       William L. Juska (WJ 0772)
       80 Pine Street
       New York, NY 10005
       (212) 425-1900
       (212) 425-1901 fax