Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

Attorneys for Interested Party
FHH FONDS NR. 29 MS "TAMPA BAY" –
MS "TURTLE BAY" GMBH & CO.
CONTAINERSCHIFF KG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CONTI CRISTALLO SCHIFFAHRTS-GMBH & Co. KG
MS CONTI SYDNEY and CONTI CRISTALLO
SCHIFFAHRTS-GMBH & Co. KG MS CONTI
BARCELONA,

         Plaintiffs,

 - against –

SHANDONG YANTAI INTERNATIONAL MARINE
SHIPPING CO., a/k/a SHANDONG PROVINCE
YANTAI INTERNATIONAL MARINE SHIPPING CO.

         Defendant.
------------------------------------------------------------------x

08-Civ- 6186 (CM)

<u>NOTICE OF APPEARANCE</u>

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.**

 **PLEASE TAKE NOTICE THAT** I hereby enter my appearance in this proceeding on behalf of interested party FHH FONDS NR. 29 MS "TAMPA BAY" – MS "TURTLE BAY" GMBH & CO. CONTAINERSCHIFF KG, reserving all rights.

I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
August 18, 2008

                        HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
195 Broadway
New York, New York  10007-3189
(212) 513-3200
*Attorneys for Interested Party*
*FHH FONDS NR. 29 MS "TAMPA BAY" –*
*MS "TURTLE BAY" GMBH & CO.*
*CONTAINERSCHIFF KG*

# 5550750_v1