John J Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor Number 68
New York, New York 10005
212 461 4880

ATTORNEYS FOR DEFENDANT
SHANDONG PROVINCE YANTAI INTERNATIONAL MARINE SHIPPING CO.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CONTI CRISTALLO SCHIFFAHRTS -
GMBH & Co. KG MS CONTI SYDNEY and      :
CONTI CRISTALLO SCHIFFAHRTS -
GMBH & Co. KG MS CONTI BARCELONA,      :           08 CV 6186(CM)

         Plaintiff,       :

   v.
                                                      :

SHANDONG YANTAI INTERNATIONAL
MARINE SHIPPING CO., a/k/a SHANDONG   :
PROVINCE YANTAI INTERNATIONAL
MARINE SHIPPING CO.,                   :

         Defendant.      :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

The undersigned attorneys hereby give notice of their appearance in this action

for the defendant SHANDONG PROVINCE YANTAI INTERNATIONAL MARINE

SHIPPING CO.

Dated: New York, New York
August 19, 2008

                                TOMASELLI & CO.

        by:

                /s/ John J Tomaselli
                John J Tomaselli
                110 Wall Street
                11th Floor Number 68
                New York, New York 10005
                Tel:    212 461 4880
                Fax:   212 214 0318
                e mail: tcolaw@att.net

**CERTIFICATE OF SERVICE**

I certify that on 19 August 2008 the foregoing document was filed via ECM/ECF and served electronically via ECM/ECF upon all counsel of record.

                /s/ John J Tomaselli
                John J. Tomaselli